burden of demonstrating his freedom from negligence in the operation of his tractor, and further established the lack of any causal connection between his conduct and the accident (*see, Rzepecki v Yauch,* 277 AD2d 984, 985; *Cardy v Garretson,* 277 AD2d 1039, 1040; *Elmer v Kratzer,* 267 AD2d 1073, 1073-1074, *lv denied* 94 NY2d 763). Plaintiff failed to raise a triable issue of fact sufficient to defeat Potter's cross motion (*see, Fiore v Mitrowitz,* 280 AD2d 919, 920; *Barile v Carroll,* 280 AD2d 988, 988-989).

Finally, we conclude that the court erred in denying the cross motion of the Town seeking summary judgment dismissing the complaint and cross claims against it. The Town sustained its burden of demonstrating its entitlement to judgment as a matter of law on the issue of causation, and plaintiff failed to raise a triable question of fact with respect to that issue (*see, Clark v City of Lockport,* 280 AD2d 901; *Gilberto v Town of Plattekill,* 279 AD2d 863, *lv denied* 96 NY2d 710; *Palloni v Town of Attica,* 278 AD2d 788, *lv denied* 96 NY2d 709). (Appeals from Order of Supreme Court, Niagara County, Lane, J.; Decision of Koshian, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

■ REGINALD ROGAN et al., Appellants, v SEAR-BROWN GROUP, Formerly Known as SEAR-BROWN ASSOCIATES, P. C., Respondent, et al., Defendants. (Appeal No. 1.) [732 NYS2d 610] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Cornelius, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

■ REGINALD ROGAN et al., Appellants-Respondents, v SEAR-BROWN GROUP, Formerly Known as SEAR-BROWN ASSOCIATES, P. C., Respondent-Appellant. (Appeal No. 3.) [732 NYS2d 612] —Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Cornelius, J. (Appeals from Order of Supreme Court, Monroe County, Cornelius, J.—Dismiss Pleading.) Present—Pine, J. P., Wisner, Hurlbutt, Kehoe and Gorski, JJ.

■ MELISSA J. MOSHER-SIMONS, Individually and as Administrator of the Estate of JARRETT T. ECK, Deceased, Respondent, v COUNTY OF ALLEGANY, Appellant. [732 NYS2d 771] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred in denying that part of defendant's mo-